IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **DAVID V. JORDAN,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| v. ) | Case No. 1:18-cv-228-SPB |
| ) | |
| **LIEUTENANT MURIN,** *et al.***,** ) | |
| ) | |
| **Defendants.** ) | |

## MEMORANDUM ORDER

This *pro se* civil rights action was received by the Clerk of Court on August 16, 2018, ECF No. 1, and referred to the undersigned, then a United States Magistrate Judge, for report and recommendation ("R&R") in accordance with the Magistrate Judge's Act, 28 U.S.C. §636(b)(1), and the local rules of this Court. After the undersigned was appointed as a United States District Judge, the referral was transferred to United States Magistrate Judge Richard A. Lanzillo for all further pretrial proceedings. ECF No. 9. The case was reassigned to the undersigned, as presiding U.S. District Judge, on July 23, 2019.

On March 16, 2020, the Magistrate Judge filed an R&R recommending that Plaintiff's motions for default judgment against Defendant Craig Griffin, docketed at ECF No. 117 and ECF No. 119, be GRANTED and a default judgment be entered against Defendant Griffin. Objections to the R&R were due no later than June 15, 2020 but, to date, none have been filed.

Accordingly, after *de novo* review of the operative complaint and other documents in the case, together with the Report and Recommendation, the following Order is entered:

1

AND NOW, this 29th day of June, 2020, IT IS ORDERED that Plaintiff's motions for default judgment against Defendant Craig Griffin, ECF No. [117] and ECF No. [119], shall be, and hereby are, GRANTED.

IT IS FURTHER ORDERED, in accordance with Rule 55(b)(2) of the Federal Rules of Civil Procedure, that a DEFAULT JUDGMENT shall be, and hereby is, ENTERED in favor of Plaintiff David V. Jordan, and against Defendant Craig Griffin as to Counts I, II, and III of the Complaint, ECF No. [3].

IT IS FURTHER ORDERED that the Report and Recommendation of United States Magistrate Judge Richard A. Lanzillo, issued on June 1, 2020, ECF No. [148], shall be, and hereby is, adopted as the Opinion of this Court.

/s/ Susan Paradise Baxter

SUSAN PARADISE BAXTER
United States District Judge

cm:  David V. Jordan
     JY-4119
     SCI Phoenix
     P.O. Box 244
     Collegeville, PA 19426
     (via U.S. Mail, First Class)

     Counsel of Record
     United States Magistrate Judge Richard A. Lanzillo
     (via CM/ECF)